UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERNON NEIL,

Plaintiff,

-against-

DOCTOR L. SILVER; R.N. PROVIDER JOHN
DOE(S); DR. K. KIM; R.N. PROVIDER JANE
DOE(S),

Defendants.

23-CV-3223 (CS)

ORDER OF SERVICE

CATHY SEIBEL, United States District Judge:

Plaintiff, who is currently incarcerated at Green Haven Correctional Facility, brings this

*pro se* action alleging that Defendants violated his constitutional rights by showing deliberate

indifference to his medical needs.  Because Plaintiff asserts that Defendants violated his

constitutional rights, the Court construes the complaint as asserting claims under 42 U.S.C. §

1983.

By order dated April 20, 2023, Chief Judge Laura Taylor Swain granted Plaintiff's

request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1]  (ECF No. 4.)

On April 25, 2023, the Court ordered the U.S. Marshals Service ("USMS") to effect service on

Dr. Silver, directed the New York State Attorney General to identify the Doe Defendants,

dismissed the claims brought against Dr. Kim for lack of personal involvement with 60 days'

leave to file an amended complaint, and referred Plaintiff to the New York Legal Assistance

Group.  (ECF No. 6.)  On May 25, 2023, Plaintiff filed an amended complaint alleging facts

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been
granted permission to proceed IFP.  *See* 28 U.S.C. § 1915(b)(1).

showing Defendant Kim's personal involvement in the alleged constitutional deprivation.  (ECF No. 9.)

A.      **Order of Service on Dr. Kim**

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and USMS to effect service.[2]  *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendant Kim through USMS, the Clerk of Court is instructed to fill out USMS Process Receipt and Return form ("USM-285 form") for this Defendant.  The Clerk of Court is further instructed to issue a summons and deliver to USMS all the paperwork necessary for USMS to effect service upon this Defendant.

If the complaint is not served within 90 days after the date the summons is issued, Plaintiff should request an extension of time for service.  *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

---

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served a summons and the complaint until the Court reviewed the complaint and ordered that a summons be issued.  The Court therefore extends the time to serve until 90 days after the date the summons is issued.

**B.      Unidentified Defendants**

It appears from the docket that the New York State Attorney General has not yet

identified the Doe Defendants pursuant to my April 25, 2023 order.  It is therefore ordered that

within 14 days of this order the Attorney General shall provide the so-ordered information to

Plaintiff and the Court.

Within thirty days of receiving this information, Plaintiff must file a second amended

complaint naming the Doe Defendant(s).  The second amended complaint will replace, not

supplement, the original and first amended complaint.  The amended complaint form that

Plaintiff should complete is attached to this order.  Once Plaintiff has filed a second amended

complaint, the Court will screen the second amended complaint and, if necessary, issue an order

directing the Clerk of Court to complete the USM-285 forms with the addresses for the named

Doe Defendants and deliver all documents necessary to effect service to the USMS.

## CONCLUSION

An amended complaint form is attached to this order.

The Clerk of the Court is further instructed to issue a summons for Dr. Kim, complete the

USM-285 form with the address for this Defendant, and deliver all documents necessary to effect

service to the U.S. Marshals Service.

The Clerk of the Court is directed to mail a copy of this order and the complaint to the

New York State Attorney General, Managing Attorney's Office at: 28 Liberty Street, 16th Floor,

New York, NY 10005.

SO ORDERED.

Dated:   July 13, 2023
         New York, New York

                                         _____
                                         CATHY SEIBEL
                                         United States District Judge

**DEFENDANT AND SERVICE ADDRESS**

Dr. Kim
Green Haven Correctional Facility
594 Rt. 216
Stormville, NY 12582-0010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff.


-against-

_____

_____

_____

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

_____CV_____

(Include case number if one has been
assigned)

**SECOND AMENDED**

**COMPLAINT**

(Prisoner)

Do you want a jury trial?
☐ Yes     ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.     LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐  Violation of my federal constitutional rights

☐  Other: _____

## II.     PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

First Name                    Middle Initial                    Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Current Place of Detention

Institutional Address

County, City                                    State                        Zip Code

## III.     PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐  Pretrial detainee
☐  Civilly committed detainee
☐  Immigration detainee
☐  Convicted and sentenced prisoner
☐  Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

| | | |
|---|---|---|
| First Name | Last Name | Shield # |

Current Job Title (or other identifying information)

Current Work Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:

| | | |
|---|---|---|
| First Name | Last Name | Shield # |

Current Job Title (or other identifying information)

Current Work Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

| | | |
|---|---|---|
| First Name | Last Name | Shield # |

Current Job Title (or other identifying information)

Current Work Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

Defendant 4:

| | | |
|---|---|---|
| First Name | Last Name | Shield # |

Current Job Title (or other identifying information)

Current Work Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

## V.      STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

_____

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

_____

_____

_____

Page 5

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| First Name | Middle Initial | Last Name |

Prison Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____