

**MEMO ENDORSED**

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

---

**BY ECF**                                                     January 16, 2026

The Honorable Victoria Resnik
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: <u>Neil v. Silver, et al.</u>, 23 Civ. 3223 (CS)(VR)

Dear Judge Resnik:

This Office represents Defendant former New York State Department of Corrections and Community Supervision ("DOCCS") physicians Dr. Lester Silver and Dr. Kyoung Kim in this action. I write with respect to the upcoming conference scheduled for January 20, 2026 and Plaintiff's outstanding discovery requests.

Preliminarily, I write to advise and to apologize to the Court and Plaintiff because I am still finalizing responses to Plaintiff's discovery. The medical records previously sent to Plaintiff have been sent again and are in transit, but I am in the process of completing the interrogatories, including obtaining verifications, and reviewing the entirety of Plaintiff's medical records received to date to link names of witnesses listed in Defendants' initial disclosures to specific bates numbers. I am also providing Plaintiff with information concerning any other lawsuits against Defendants. I thought this process would take less time, but since I last spoke to the Court, I was ill with the flu during the holidays and had difficulty reaching Defendants as neither of them are presently employed at DOCCS facilities.

Accordingly, it is respectfully requested that the conference scheduled for January 20 be adjourned to a date in early February to allow time for Plaintiff to review what he will be receiving shortly.

We thank the Court for its consideration.

Respectfully submitted,
*/s/ Jeb Harben*
Jeb Harben, Assistant Attorney General
(212) 416-6185

cc:    Vernon Neil DIN 97A2322
       Elmira Correctional Facility
       P.O. Box 500
       Elmira, New York 14902-0500

Defendants' request is **GRANTED**. The status conference is adjourned to **2/4/2026 at 10:30a.m.** The call-in information for the conference remains the same and can be found in ECF No. 121. And Defendants are reminded that they are responsible for coordinating Plaintiff's attendance with his facility.

The Clerk of Court is kindly directed to close the gavel associated with ECF No. 126.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.
Dated: 1/16/2026