UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Neil,

                      Plaintiffs,

         -against-

Silver, et al.,

                   Defendant.
----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

*7:23-cv-3223  CS-VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **March 18, 2026  at 10:30 am.**  The parties are to dial in to the Cisco Webex conference line at 855-244-8681, enter Meeting ID 2310 527 2044, then # to enter the conference.
.

**Re: Incarcerated Prisoners**

     *Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.*
      **SO ORDERED.**

DATED:    White Plains, New York
            February 4, 2026

                              _____
                              VICTORIA REZNIK
                              United States Magistrate Judge

**Copy mailed to Pro Se Plaintiff at address on docket by Chambers of Judge Reznik on February 4, 2026**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:___ 2/4/2026