**MEMO ENDORSED**



**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

---

**BY ECF**                                                                March 3, 2026

The Honorable Victoria Resnik
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: <u>Neil v. Silver, et al.</u>, 23 Civ. 3223 (CS)(VR)

Dear Judge Resnik:

This Office represents Defendants former New York State Department of Corrections and Community Supervision ("DOCCS") physician Dr. Lester Silver and current DOCCS physician Dr. Kyoung Kim in this action. Although the issue was discussed in previous conferences with the Court, I am formally requesting permission pursuant to FRCP 30(a)(2)(B) to depose Plaintiff (via remote means) at his place of incarceration on or before March 6, 2026.[1]

In addition, yesterday I received additional medical records from Elmira C.F. that include records outside the initial 2021 – 2022 timeframe relevant to the events of this action, but which show Plaintiff's medical condition after the filing of this lawsuit and for a period before the relevant events. These records (which also include some records Plaintiff has already received) are being mailed to Plaintiff with a copy of this letter. I am in the process of reviewing them but have not found any records indicating additional testing regarding Plaintiff's stomach issues in the 2021 – 2022 period that Plaintiff believes took place but is not reflected in the medical records produced to date discussed in my recent letter dated February 20 (ECF No. 131).

We thank the Court for its consideration.

Respectfully submitted,
/s/ Jeb Harben
Jeb Harben, Assistant Attorney General
(212) 416-6185

cc:    Vernon Neil DIN 97A2322 (with enclosures (NEIL 000345-717))
       Elmira Correctional Facility
       P.O. Box 500
       Elmira, New York 14902-0500

*Defendants' request is **GRANTED**. Defendants may depose Plaintiff remotely from his facility. If Plaintiff's facility needs anything else from the Court to execute the deposition, Defendants should notify the Court immediately.*

*The Clerk of Court is kindly directed to close the gavel associated with ECF No. 132.*

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 3/4/2026

---

[1] Elmira C.F. has indicated availability on March 6 at 10:00 a.m. for a remote deposition and I have been advised by the facility that Plaintiff is in the process of being informed about this upcoming deposition.