UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

**Neil,**

Plaintiffs,

-against-

**Silver, et al.,**

Defendant.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 4/2/2026 _

**ORDER RE STATUS CONFERENCE**

*7:23-cv-3223 CS-VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **April 29, 2026  at  10:30 A.M.**  The parties are to dial in to the Cisco Webex conference line at 855-244-8681, enter Meeting ID 2310 527 2044, then # to enter the conference.

**Re: Incarcerated Prisoners**

*Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.*
        **SO ORDERED.**

DATED:    White Plains, New York
        April 2, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge